**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ESTHER GLAUSER; PAUL C. ASTOR,**
**Executor of the Estate of Julius Glauser;**
**JULIUS GLAUSER IRA,**

    **Appellants,**

v.                                                                                           Case No.  8:06-cv-134-T-30MSS

**V. JOHN BROOK, Trustee,**

    **Appellee.**
_____/

**ORDER**

      THIS CAUSE is an appeal of the September 30, 2005, Bankruptcy Court Order ("Order") approving a compromise between the Trustee and Ronald and Gina Clampitt ("the Clampitts").  This Court has jurisdiction pursuant to 28 U.S.C. §158.  Any findings of fact made by the Bankruptcy Court must be accepted unless clearly erroneous.  <u>In Re: Englander</u>, 93 F.3d 1028 (11th Cir. 1996).  The standard of review as to a bankruptcy court's decision to approve a settlement is abuse of discretion.  <u>Rivercity v. Herpel (In Re: Jackson Brewing Co.)</u>, 624 F.2d 599 (5th Cir. 1980).

      The Order under review approved a settlement and compromise of two adversary proceedings brought by the Trustee against the Clampitts and others.  Appellants complain that the settlement is insufficient in amount and too indefinite in its terms to be viable.  The

Trustee disagrees and contends that it would be malfeasance to spend more of the estate's money to continue to pursue the Clampitts in light of the poor chances of additional recovery.

The Court has reviewed the briefs of the parties, heard oral argument, and considered the factors set forth in <u>Wallace v. Justice Oaks II, Ltd. (In Re: Justice Oaks II, Ltd.)</u>, 898 F.2d 1544 (11th Cir. 1990).  The Court determines that the Bankruptcy Court was within its broad discretion in approving the compromise settlement.  Therefore, the Bankruptcy Court's Order will be affirmed.

It is therefore ORDERED AND ADJUDGED that:

1. The Order of the Bankruptcy Court under review is AFFIRMED.

2. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Bankruptcy Court Clerk
Counsel/Parties of Record

F:\Docs\2006\06-cv-134.Glauser order.frm